**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02197-LTB

CHRISTINA JIRON, by and through her next friend MICHAEL JIRON,

    Applicant,

v.

RIO GRANDE COUNTY,
BRABRA ZOLLORS,
LARRY WINEGRANER, Case Manager II, Colo. Dept. of Corrections, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The "Motion of Federal Rule 36" (ECF No. 18) is DENIED because it is not clear what relief Applicant is seeking and, in any event, the instant action was dismissed by order filed on September 17, 2014.

Dated: September 19, 2014